■ HANNAH C. BOORSTIN, as Executrix and Trustee Individually, and as a Shareholder of Utilities & Industries Corp., on Behalf of Herself and All Other Shareholders of Utilities & Industries Corp., Similarly Situated, and in the Right of Utilities & Industries Corp., Respondent, v. UTILITIES & INDUSTRIES CORPORATION (DELAWARE) et al., Respondents. VICTOR RABINOWITZ, Respondent, v. RICHARD ROSENTHAL, Appellant, and CARTER GROUP INC., et al., Respondents. JULES SINGER, Individually, and as a Shareholder of the Utilities & Industries Corp., Suing on Behalf of Himself and All Other Shareholders of Utilities & Industries Corp., Similarly Situated and in the Right of the Utilities & Industries Corp., Appellant, v. RICHARD L. ROSENTHAL, Appellant, and UTILITIES & INDUSTRIES CORP. et al., Respondents. WILLIAM B. WEINBERGER, Appellant, v. C. KENNETH BAXTER et al., Respondents, and RICHARD L. ROSENTHAL, Appellant.— Order entered February 10, 1970 unanimously modified on the law and the facts, and in the exercise of discretion, in the following respects: (a) The first decretal paragraph denying motion to vacate order of reference, dated December 1, 1969, is modified to the extent that further proceedings as to the reference are stayed, subject to a reopening of an application, following consolidation of all of the captioned actions. (b) The second decretal paragraph is reversed, and Richard L. Rosenthal is permitted to intervene in Boorstin v. Utilities & Industries Corporation, et al., Index No. 17825/69. (c) The fourth decretal paragraph is modified to reflect consolidation of all of the four captioned actions. (d) The fifth decretal paragraph is modified so that the consolidated action shall bear New York County Clerk's Index No. 17825/69 and shall have the following caption containing names of all the parties in the four actions hereby consolidated, to wit: "Hannah C. Boorstin, Executrix and Trustee individually, and as a shareholder of Utilities & Industries Corp. a New York corporation, on behalf of herself and all other shareholders of Utilities & Industries Corp., a New York corporation, similarly situated, and in the right of Utilities & Industries Corp., a New York corporation, Victor Rabinowitz, Jules Singer, Irwin Shapiro, William B. Weinberger and Richard L. Rosenthal, Plaintiffs-Respondents, v. Utilities & Industries Corporation (Delaware), The Carter Group Inc., CGI Corp., DVC Corp., ALC Corp., Arthur L. Carter, Kenneth S. Rosen, John S. Halpern, Richard Graham, Richard S. Weisenthal, Julian L. Robinson, Mark

N. Kaplan, Arthur D. Emil, Edward R. Downe, Jr., Steven J. Ross, Charles E. F. Millard, Mortimer M. Caplin, Sidney Fread, Bernard D. Fischman, C. Kenneth Baxter, Mark J. Millard, Robert L. Boehm, Utilities & Industries Corp., a New York corporation, and Richard L. Rosenthal, Defendants-Respondents." And otherwise, the order is affirmed in all respects, without costs or disbursements. Each of the causes of action is born out of the contract of March 12, 1969. Therefore, no valid impediment exists to the consolidation of all of the four actions, the validity of which is dependent upon the disposition of interrelated common questions of law and fact. These questions permeate not only the primary claims asserted, but would affect vitally the alleged extraneous claims. The intervention of Richard L. Rosenthal in *Boorstin* is proper in view of his vital interest in compelling performance by the Carter group of the agreement dated March 12, 1969, particularly paragraph 8 thereof, advanced as the foundation stone for a third party beneficiary claim in the *Boorstin* action. Settle order on notice. Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Tilzer, JJ.